PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

# FILED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

AUG 26 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

TARAS KERR # 813913.

Plaintiff's Name and ID Number

BEXAR COUNTY ADULT DETENTION CENTER
200 NORTH COMAL STREET, SAN ANTONIO, TEXAS 78207

Place of Confinement

WALMART STORE #2404
v. 8500 JONES MALTSBERGER
SAN ANTONIO, TEXAS 78216

CASE NO. _____
(Clerk will assign the number)

SA22CA0937FB

Defendant's Name and Address
SAN ANTONIO FIRE DEPARTMENT-EMS-FIREHOUSE #17
8550 JONES MALTSBERGER RD. (ACROSS FROM WALMART #2404)

Defendant's Name and Address
SAN ANTONIO POLICE DEPT,-OFFICER GARRY FRY/JOHN DOE #1.
315 S. SANTA ROSA ST, SAN ANTONIO, TEXAS 78205

Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _✓_YES___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: 17-LAWSUITS / LIST PROVIDED,

      2. Parties to previous lawsuit:

        Plaintiff(s) TARAS KERR

        Defendant(s) S.A.P.D. OFFICER GARRY FRY, ETC., ETC,

      3. Court: (If federal, name the district; if state, name the county.) WESTERN

      4. Cause number: 5:18-CV-1141 PLUS 17-LAWSUITS,

      5. Name of judge to whom case was assigned: XAVIER RODRIGUEZ

      6. Disposition: (Was the case dismissed, appealed, still pending?) DISMISSED

      7. Approximate date of disposition: JANUARY / FEBRUARY OF 2020,

MR. BEXAR COUNTY ADULT DETENTION CENTER
200 NORTH COMAL STREET

II. **PLACE OF PRESENT CONFINEMENT:** SAN ANTONIO, TEXAS 78207

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. **PARTIES TO THIS SUIT:**

A. Name and address of plaintiff: TARAS KERR
BEXAR COUNTY ADULT DETENTION CENTER
200 NORTH COMAL STREET, SAN ANTONIO, TEXAS 78207

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: WALMART STORE #2404 • MR. RICHTER •
8500 JONES MALTSBERGER RD., SAN ANTONIO, TEXAS 78216

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
REFUSED 30-DAY STORE POLICY "EXCHANGE", ASSAULTED ME, WITHHOLDING VIDEO EVIDENCE OF OFFICER FRY DROWNING ME.

Defendant #2: S.A.P.D. OFFICER GARRY FRY AND OFFICER JOHN DOE #1.
315 S. SANTA ROSA ST., SAN ANTONIO, TEXAS 78205

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. ASSAULT
AND BATTERY • SHOT ME FOUR (4) TIMES, DROWN ME WITH MY HEAD UNDERWATER
(ATTEMPTED MURDER) BROKE MY ELBOW INSIDE AMBULANCE •

Defendant #3: S.A.F.D. EMS JOHN DOE #1 AND EMS JOHN DOE #2.
8550 JONES MALTSBERGER RD., FIREHOUSE #17, SATX, 78216

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. PERFORMED
ILLEGAL SURGERY IN WALMART PARKING LOT FOR TWO (2) HOURS) FAILURE
TO RENDER AID AND DID NOT TAKE ME DIRECTLY TO HOSPITAL AFTER SHOT.

Defendant #4: UNIVERSITY HEALTH SYSTEM DOCTOR JOHN DOE #1.
4502 MEDICAL DRIVE, SAN ANTONIO, TEXAS, 78229

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. SIGNED OFF
TO HAVE ME FINGERPRINTED WHICH KILLED ME/CAUSED BLOOD TRANS/COMA.
HAD TO BE SHOCKED BACK TO LIFE WITH ELECTRIC DEFIBULATOR.

Defendant #5: BEXAR COUNTY JAIL OFFICER JOHN DOE #1.
~~FINGERPRINTED ME AND WOKE~~ 200 NORTH COMAL ST., SATX, 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FINGERPRINTED ME WHICH WOKE ME UP AND CAUSED
ME TO PANIC FROM THE BLOOD ALL OVER FROM GUN
WOUND SURGERY AND CAUSED ME TO PANIC AND
BEG THEM TO TAKE ME TO THE HOSPITAL AND LAUGHED
AT ME AND I BLACKED [3] OUT TWICE AND SHOOK THE
AMBULANCE STRETCHER WHICH TOOK ALL MY ENERGY/KILLED ME

STATEMENT OF CLAIM CONTINUED →

**V.    STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. **IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.** (AFFIDAVIT)

THERE IS NO STATUTE OF LIMITATIONS ON CONSPIRACY AND ON ATTEMPTED MURDER BY POLICE OFFICER GARRY FRY AND HIS ACCOMPLICE POLICE OFFICER JOHN DOE #1 ON APRIL 7, 2018, ATTEMPTED MURDER ON "VIDEO" FROM THE SKECHERS SHOE OUTLET VIDEO CAMERA AIMED DIRECTLY ON THE POLICE AND I WHICH SHOWS THEM SHOOTING ME, CUFFING ME, THEN SUBMERGING MY HEAD UNDER WATER TRYING TO DROWN ME WITH TWO (2) BULLETS IN MY STOMACH AND LEG

**VI.    RELIEF:** AND ARM AND ME NOT RESISTING/ASSAULTING THEM,

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$ 7,500,000.00 RELIEF AND DAMAGES.

**VII.    GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

DON'T RECALL

**VIII.    SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):  N/A

2. Case number:  N/A

3. Approximate date sanctions were imposed:  N/A

4. Have the sanctions been lifted or otherwise satisfied?  N/A  ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?      ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A

   2. Case number: N/A

   3. Approximate date warning was issued: N/A

Executed on: 5/7/2022
              DATE

_TARAS KERR_
_Taras Ker_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___7TH___ day of ___MAY___, 20 22 .
         (Day)              (month)         (year)

_TARAS KERR_
_Taras Ker_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

STATEMENT OF CLAIM CONTINUED —
WALMART, S.A.P.D., S.A.F.D.-EMTS, U.H.S, B.C.S0.
PAGE-2      ( AFFIDAVIT)   5/7/2022

(1) WALMART STORE #2404 — I
WAS DISCRIMINATED AGAINST
FOR BEING L.G.B.T./M.H.M.R.
WHICH IS A HATE CRIME
AND ASSAULTED BY WALMART
STAFF. I WENT TO RETURN A
BACKPACK TO "EXCHANGE" IT
UNDER THE WALMART 30-DAY
POLICY WHICH I PURCHASED
TWO (2) DAYS PRIOR FROM MONEY
(CASH) MY MOTHER "WIRED" TO
ME FROM A WALMART IN FORT
WORTH, TEXAS. MY MOTHER
HAS THE RECEIPT NOW. THE
WALMART LIED AND TOLD POLICE
I STOLE THE BACKPACK. VIDEO
FROM TWO (2) DAYS PREVIOUSLY
WILL SHOW ME AND MY
"X-MARINE" FRIEND WITH HIS
SERVICE DOG BUYING THE SAME
BACKPACK BECAUSE I OFFERED
TO BUY HIM A BACKPACK FOR
HIM AND HIS SERVICE DOG AND
VIDEO WILL SHOW ME HANDING
HIM CASH (X-MARINE) AFRICAN

STATEMENT OF CLAIM CONTINUED-WALMART
S.A.P.D., S.A.F.D.,-EMTS, U.H.S., B.C.S.O.,
PAGE-3 (AFFIDAVIT) 5/7/2022

① WALMART STORE #2404 —
AMERICAN GENTLEMEN. I
WENT TO CUSTOMER SERVICE
TO "EXCHANGE" MY BACK PACK
BECAUSE IT WAS DEFECTIVE
AND THE STITCHING CAME
UNDONE. JANE DOE #1 AT
THE CUSTOMER SERVICE AREA
(WALMART EMPLOYEE) YELLED
AT ME (VERBAL ASSAULT) TWO
(2) TIMES AND REFUSED TO CALL
WALMART CORPORATE OFFICES.
I GOT MY BACKPACK TO
LEAVE THE CUSTOMER SERVICE
AREA BECAUSE SHE YELLED AT
ME AND THEN I YELLED AT
HER AND PEOPLE AROUND AT T.K.
ME STARTED GRABBING ME
(ASSAULT) SO I LEFT AND
AS I WAS PASSING THE
WALMART GREETOR JANE T.K.
JANE DOE #2 SHE GRABBED
MY ARM (ASSAULT) AND I JERKED
MY ELBOW AWAY FROM HER. THE
WALMART EMPLOYEES ARE NOT

STATEMENT OF CLAIM CONTINUED WALMART, S.A.P.D., S.A.F.D. - EMTS, U.H.S., B.C.S.O. PAGE-4 (AFFIDAVIT) 5/7/2022

① WALMART STORE #2404 — ALLOWED TO TOUCH THE CUSTOMERS SO I JERKED MY ARM AWAY FROM HER AND SAID "GET OFF OF ME" AS I PULLED MY ARM AWAY. AS I WENT THROUGH THE LAST SET OF DOORS AT THE WALMART THE SAN ANTONIO POLICE CRUISERS (SUVS) WHERE PULLING INTO THE WALMART PARKING LOT. I WENT TO THE WATER DRAINAGE DITCH WHICH IS PROPERTY OF THE WALMART. PREMISES LIABILITY.

② SAN ANTONIO POLICE OFFICER GARRY FRY AND ACCOMPLICE OFFICER JOHN DOE #1 — POLICE TOLD ME TO "FREEZE" SO I STOPPED AND PUT MY HANDS IN THE AIR AND I TURNED AROUND WITH MY HANDS IN THE AIR AND WAS SHOT

STATEMENT OF CLAIM CONT'NUED-WALMART,
S.A.P.D., S.A.F.D.-EMT'S, U.H.S., B.C.S.O.,
PAGE-5 (AFFIDAVIT) 5/7/2022

② SAN ANTONIO POLICE OFFICER
GARRY FRY AND ACCOMPLICE
OFFICER JOHN DOE #1 — FOUR (4)
TIMES WITH A GLOCK 40MM
SERVICE. TWO (2) BULLETS HIT
ME IN THE STOMACH AND ONE (1)
BULLET HIT ME IN THE LEFT
ELBOW AND ONE (1) BULLET HIT
ME IN THE LEFT LEG/FEMUR
CONT.K. CAUSING MY FEMUR TO
EXPLODE IN SHARDS AND WAS
REPLACED WITH A TITANIUM ROD.
I FELL BACKWARDS ON THE GROUND
WHEN MY LEFT LEG FEMUR
EXPLODED INTO SHARDS AND DID
NOT MOVE BECAUSE I WAS IN
SHOCK FROM BEING SHOT. POLICE
CHECKED MY BULLET WOUNDS
THEN HANDCUFFED ME FROM BEHIND
AND I WAS NOT RESISTING AND
I WAS THEN HELD BY THE LEGS
UPSIDE DOWN AND THE OTHER
OFFICER GRABBED MY SHOULDERS
WHILE THE OTHER HELD MY LEGS
AND THEY BOTH SUBMERGED

STATEMENT OF CLAIM CONTINUED WALMART, S.A.P.D., S.A.F.D.-EMTs, U.H.S., B.C.S.O.
PAGE-6 (AFFIDAVIT) 5/7/2022

② SAN ANTONIO POLICE OFFICER GARRY FRY AND ACCOMPLICE OFFICER JOHN DOE#1 — MY HEAD COMPLETELY UNDERWATER FROM ONE SIDE OF THE WATER DRAINAGE DITCH TO THE OTHER SIDE WHERE THE AMBULANCE STRETCHER WAS AND THEN PULLED MY HEAD OUT OF THE WATER AND SLAMMED ME REAL HARD ONTO THE AMBULANCE STRETCHER. THEN THEY (S.A.P.D.) WHEELED ME TO THE AMBULANCE AND PUSHED THE AMBULANCE STRETCHER INSIDE THE AMBULANCE (S.A.P.D.) AND THEN THE POLICE OFFICER ON MY LEFT SIDE BROKE MY ELBOW/LEFT ELBOW BACKWARDS TO TRY AND COVER UP HIS BULLET WOUND AND I SCREAMED "YOU BROKE MY ELBOW (EMTs BOTH WITNESSES TO THE BREAKING MY ELBOW) AND THE OTHER POLICE OFFICER HIT ME IN THE HEAD

STATEMENT OF CLAIM CONTINUED-WALMART,
S.A.P.D., S.A.F.D.-EMTs, U.H.S., B.C.S.O..
PAGE-7    (AFFIDAVIT) 5/7/2022

② SAN ANTONIO POLICE OFFICER
GARRY FRY AND ACCOMPLICE
OFFICER JOHN DOE#1 — WITH
THE BUTT OF HIS GUN REPEATEDLY
REAL FAST AND BEAT ME IN THE
HEAD UNTIL I WAS KNOCKED
OUT UNCONSCIOUS. EVERYTHING
WAS CAUGHT ON VIDEO FROM
WALMART/SKECHERS SHOE OUTLET/
AMBULANCE VIDEO AND WILL SHOW
I NEVER ASSAULTED ANYBODY!!!...
* DIAGRAM OF VIDEO CAMERAS...
 (→) ARROWS EQUAL VIDEO CAMERAS

DIAGRAM NOT TO SCALE.

DITCH WATER    VIDEO? (WALMART) CAMERAS

TALL LIGHTS IN THE
WALMART PARKING LOT.

TJ-MAXX    BRIDGE    DITCH WATER    SAPD    VIDEO CAMERAS    VIDEO CAMERAS

SKECHERS VIDEO CAMERA →    SAPD

ME →    ⊗    COPS    VIDEO CAMERA

COP WHO HIT ME IN HEAD WITH BUTT OF GUN..
O ← COP WHO BROKE MY ELBOW..

STATEMENT OF CLAIM CONTINUED - WALMART, S.A.P.D., S.A.F.D.-EMTS, U.H.S., B.C.S.O., PAGE-8    (AFFIDAVIT) 5/7/2022

② SAN ANTONIO POLICE OFFICER GARRY FRY AND ACCOMPLICE OFFICER JOHN DOE #1 — ALL OF THOSE VIDEO CAMERAS CAN ZOOM IN FROM "900-FEET" AWAY (THREE (3) FOOTBALL FIELDS AWAY UPCLOSE) AND SHOW THEM DROWNING. THERE ARE MORE VIDEO CAMERAS ON THE OPPOSITE SIDE OF THE STREET AND THERE WAS A LADY STOPPED ON THE BRIDGE WITH HER CELL PHONE ALL THE WAY OUT OF HER CAR (HER ARM) FILMING THE POLICE DROWNING ME AS WELL.

③ SAN ANTONIO FIRE DEPARTMENT EMT'S JOHN DOE #1, AND JOHN DOE #2. — DID NOT TAKE ME DIRECTLY TO THE HOSPITAL AFTER I WAS SHOT TWO (2) TIMES IN THE STOMACH, LEFT ELBOW, LEFT LEG/SHATTERED FOR SURGERY (FAILURE TO RENDER AID) AND DID THEIR OWN "ILLEGAL SURGERY"

STATEMENT OF CLAIM CONTINUED WALMART, S.A.P.D., S.A.F.D.-EMT's, U.H.S., B.C.S.O.,
PAGE-9 (AFFIDAVIT) 5/7/2022

③ SAN ANTONIO FIRE DEPARTMENT EMT's JOHN DOE#1 AND JOHN DOE#2 — IN THE WALMART PARKING LOT FOR TWO (2) HOURS WHICH "SHOCKS THE CONSCIOUS" BECAUSE I HAD A SERIOUS MEDICAL NEED AND THEY ARE NOT DOCTORS OR SURGEONS WHICH ALSO SHOWS EXTREME INDIFFERENCE FOR THE VALUE OF HUMAN LIFE. ILLEGAL SURGERIES ARE SUPPOSED TO BE REPORTED TO THE OFFICE OF CIVIL RIGHTS (O.C.R.) AND THE UNITED STATES DEPARTMENT OF JUSTICE (ILLEGAL SURGERIES) AND THAT "ILLEGAL SURGERY" NEARLY KILLED ME ON JUNE 15, 2018, BECAUSE I HAD TO BE RUSHED TO THE HOSPITAL BECAUSE OF A "SUTURE STRING" FROM THAT ILLEGAL SURGERY WRAPPED AROUND MY STOMACH INTESTINES AND CAUSE PROJECTIVE VOMITING, KIDNEY FAILURE, INABILITY OF

Case 5:22-cv-00937-FB Document 1 Filed 08/26/22 Page 14 of 30

③ SAN ANTONIO FIRE DEPARTMENT EMT'S JOHN DOE #1 AND JOHN DOE #2 — BOWEL MOVEMENT BECAUSE THE SUTURE STRING FROM THE ILLEGAL SURGERY WAS NEVER CUT OFF WITH SCISSORS /SCAPEL /SURGEON WHO WAS NOT A SURGEON/DOCTOR. THEN TWO (2) DAYS AFTER THE SURGERY ON JUNE 15, 2018, THEY HAD (DOCTORS) TO PULL OUT TWELVE (12) STAPLES, BECAUSE OF INFECTION AND BURST THE PUSS FROM INFECTION WHICH HAS LEFT MY STOMACH PERMANENTLY DEFORMED WITH TWO (2) SPLIT STOMACHS.

④ UNIVERSITY HEALTH SYSTEM HOSPITAL DOCTOR JOHN DOE #1.— SIGNED OFF AROUND 3:30 P.M. ON APRIL 8, 2018, LESS THAN TWENTY-FOUR (24) HOURS AFTER I WAS SHOT AND JUST HAD MY SECOND SURGERY WHICH THEY HAD "NO VIDEO"

STATEMENT OF CLAIM CONTINUED WALMART,
S.A.P.D., S.A.F.D.-EMT, U.H.S., B.C.S.O.
PAGE-11    (AFFIDAVIT) 5/7/2022

(4) UNIVERSITY HEALTH SYSTEM
HOSPITAL DOCTOR JOHN DOE #1 —
OF THE SURGERY ON APRIL
7, 2018, AND, ON APRIL 8, 2018,
THERE WAS "NO VIDEO" OF THE
SURGERY = = BECAUSE
THEY COVERED UP THE ILLEGAL
SURGERY THE FIRE DEPARTMENT
EMT's PERFORMED AND MEDICAL
RECORDS INDICATE I WAS CUT
OPEN IN MY ABDOMEN WHEN
I ARRIVED AT THE HOSPITAL,
DOCTOR JOHN DOE #1; THEN
SIGNED OFF TO HAVE ME
FINGERPRINTED / MAGISTRATED
AFTER 3:30 P.M. APRIL 8, 2018.
HIM DOING SO KILLED ME AND
CAUSED MY BLOOD TRANSFUSION
AND COMA FOR A WEEK BECAUSE
AFTER I LEFT THE JAIL FROM BEING
FINGERPRINTED I "DIED" IN THE
AMBULANCE AFTER WE LEFT THE
JAIL AND HAD TO BE SHOCKED WITH
THE ELECTRIC DEFIBULATER AS I
FLOATED OVER MY DEAD BODY AND I

STATEMENT OF CLAIM CONTINUED - WALMART, S.A.P.D., S.A.F.D.-EMTS, U.H.S., B.C.S.O.,, PAGE-12 (AFFIDAVIT) 5/7/2022

④ UNIVERSITY HEALTH SYSTEM HOSPITAL DOCTOR JOHN DOE#1- WATCHED THE EMT'S SHOCK ME WITH THE ELECTRIC DEFIBULATER. GET THE AMBULANCE VIDEO AND GET THE AMBULANCE LAPTOP DATA THAT SHOWS THE FLATLINE AND SHOWS DOCTOR JOHN DOE#1 KILLED ME AND HAD NO. RIGHT TO FINGERPRINT ME OR MAGISTRATE ME AND/OR SIGN OFF TO DO SO. THE T.K. THAT "SHOCKS THE CONSCIOUS" WHEN I HAD A SERIOUS MEDICAL NEED AND IS RECKLESS HOMICIDE AS FAR I AM CONCERNED AND BEYOND AN UNPROFESSIONAL DECISION THAT LITERALLY KILLED ME.

⑤ BEXAR COUNTY SHERIFF'S OFFICER JOHN DOE #1 — THE OFFICER WHO FINGERPRINTED

STATEMENT OF CLAIM (CONTINUED) WAL-MART,
S.A.P.D., S.A.F.D.-EMTs, U.H.S., B.C.S.O.
PAGE-13 (CAFFIDAVIT) 5/7/2022

⑤ BEXAR COUNTY SHERIFF'S OFFICER
JOHN DOE #1 — ME AND WHO
MAGISTRATED ME. I WOKE
UP WHEN HE WAS TRYING TO
FINGERPRINT ME AND I SAW
THE BLOOD ALL OVER ME AND I
REMEMBERED I HAD BEEN SHOT
BY POLICE. I PANICKED AND I
BEGGED OFFICER JOHN DOE #1, TO
TAKE ME TO THE HOSPITAL AND HE
LAUGHED AT ME THEN I BLACKED
OUT AND WOKE UP A SECOND TIME
IN THE JAIL MEDICAL INFIRMARY
AND PANICKED AGAIN AND BEGGED
THEM TO TAKE ME TO THE HOSPITAL
A SECOND TIME AND THE NURSES
AND DOCTORS LAUGHED AT ME
AGAIN; SO I GOT ANGRY AND
TRYED TO KNOCK OVER THE
AMBULANCE STRETCHER AND THAT
WAS THE LAST AMOUNT OF ENERGY
MY BODY HAD AND WHY I
FLATLINED IN THE AMBULANCE
AND DIED. THAT BURST OF ENERGY
AND THEM LAUGHING AT ME MADE

STATEMENT OF CLAIM CONTINUED ← WALMART, S.A.P.D., S.A.F.D.-EMT's, U.H.S., B.C.S.O.. PAGE-14 (AFFIDAVIT) 5/7/2022

5) BEXAR COUNTY SHERIFF'S OFFICER JOHN DOE # — ME ANGRIER AND USED UP THE LAST AMOUNT OF ENERGY MY BODY HAD AND I BLACKED OUT IN THE JAIL MEDICAL INFIRMARY. GET THE VIDEO OF THE TWENTY (20) VIDEO CAMERAS OF FIRST FLOOR MAIN JAIL FINGERPRINTING AND MEDICAL INFIRMARY ON APRIL 8, 2018, FRO 4:56 P.M. WHEN THEY SCANNED MY HAND INTO THE NATIONAL CRIME INFORMATION CENTER (N.C.I.C.) FROM 4:56 P.M. TO LETS SAY AROUND 8:00 P.M. AND LETS SEE HOW LONG THEY KEPT ME AT THE JAIL LIKE THE EMT's IN THE WALMART PARKING LOT. LAUGHING AT ME AS I SHOOK THE AMBULANCE STRETCHER WITH THE HANDCUFFS AND TRIED TO SHAKE THE AMBULANCE STRETCHER WITH MY BODY TO KNOCK IT OVER AS NURSES/DOCTORS LAUGHED AT ME.

STATEMENT OF CLAIM CONTINUED-WALMART,
S.A.P.D., S.A.F.D.-EMT's, U.H.S., B.C.S.O.
PAGE-15  (AFFIDAVIT) 5/7/2022

THAT'S NOT INCLUDING
THE BEATINGS AND TORTURES
BY ALL PARTIES ABOVE FOR
ME FILING SEVENTEEN (17)
LAWSUITS AGAINST THEM
AND ME BEING CRIPPLED
FROM WHAT THE POLICE DID
TO ME I CAN BARELY WALK ON
TOP OF IT BEING A "HATE CRIME"
FOR ME BEING MENTAL HEALTH
MENTAL RETARDATION ON TOP OF
IT BEING A "HATE CRIME" FOR ME
BEING LESBIAN, GAY, BI, TRANSGENDER
(L.G.B.T./M.H,M.R.) WHICH
MAKES IT A DOUBLE HATE CRIME.
I WAS BEATEN, TORTURED, AND
I HAVE WITNESSES WHO SAW
THEM BEAT/TORTURE ME WHO
WILL TESTIFY IN FEDERAL
COURT. I HAVE AFFIDAVITS OF
THE WITNESSES. I HAVE A
FACTUAL BASIS, MERIT, STANDING
FOR ALL SEVENTEEN (17) LAWSUITS.
OFFICER GARZA, SERT OFFICER
CRUZ (BEAT/TORTURED ME TWO (2)

STATEMENT OF CLAIM CONTINUED - WALMART, S.A.P.D., S.A.F.D.-EMT'S, U.H.S., B.C.S.O., PAGE-16 (AFFIDAVIT) 5/7/2022

TIMES/SERT OFFICER BNAL TWO (2) TIMES.

I WANT INJUNCTIVE RELIEF FOR THE MENTIONED LAWSUITS BELOW:

5:19-CV-941 KERR V. GARZA $3.2 MILLION DOLLARS. RIPPED MY SHIRT OFF MY BODY AND FORCED MY MEDICAL SHOES OFF MY FEET BENDING MY FINGERS TRY TO BREAK MY FINGERS FORCING ME TO RUN BAREFOOT IN FOUR (4) POINT HANDCUFFS/LEG IRONS!!!

5:20-CV-719 KERR V. CRUZ $3-MILLION DOLLARS. SMASHED MY FACE AGAINST THE CONCRETE WALL I HAVE A TUMOR IN MY BRAIN THE SIZE OF A GOLF BALL.

DATE 11/21/20

* THEN SERT OFFICER CRUZ DID IT AGAIN AND CUT MY FOREHEAD OPEN RUBBED MY FACE IN MY OWN BLOOD AS THEY STOMPED MY LEG IRONS AS IN FRONT OF ELEVEN (11) WITNESSES. AFFIDAVIT COLLECTED.

STATEMENT OF CLAIM CONTINUED-WALMART,
S.A.P.D., S.A.F.D.-EMT's, U.H.S., B.C.S.O.,
PAGE-17    (AFFIDAVIT) 5/7/2022

    I NEVER RAISED A HAND TOWARDS
THESE OFFICERS OR TRIED TO
RESIST AND THEIR VIOLENCE
TOWARDS ME WAS UNWARRANTED.
THE RIGHT TO BE FREE FROM
RETALIATION AND PHYSICAL AND
MENTAL TORTURE IS A VIOLATION
OF THE GENEVA CONVENTION/
HUMAN RIGHTS. I WILL BLOW
THE WHISTLE UNDER THE
WHISTLE BLOWER ACT AND
THIS IS A R.I.C.O. FEDERAL
CASE RACKETEERING/CORRUPTION
AND I WANT TO SPEAK
TO THE U.S. MARSHALS AND
F.B.I. NOW. FOR VIOLATING
MY CIVIL RIGHTS AND MY
EIGHTH AMENDMENT RIGHTS
WITH MALICIOUS MISUSE OF
FORCE BY POLICE OFFICER
GARRY FRY AND HIS ACCOMPLICE
POLICE OFFICER JOHN DOE #1,
AND FOR VIOLATING MY
EIGHTH AMENDMENT RIGHTS
WHEN I HAD A SERIOUS

STATEMENT OF CLAIM CONTINUED - WALMART, S.A.P.D., S.A.F.D. - EMTs, U.H.S, B.C.S.O..
PAGE-18   (AFFIDAVIT) 5/7/2022

MEDICAL NEED BY POLICE, AMBULANCE EMTS, UNIVERSITY HEALTH SYSTEM DOCTORS AND JAIL DOCTORS, @Tik. JAIL OFFICER WHO FINGERPRINTED ME AND THE EIGHTH AMENDMENT PROHIBITS THE "UNNECESSARY AND WANTON INFLECTION OF PAIN. I SEEK RELIEF AND I SEEK DAMAGES FOR ALL PARTIES VIOLATING MY EIGHTH AMENDMENT RIGHTS IN THE AMOUNT OF SEVEN AND A HALF MILLION DOLLARS ($7,500,000.00) MAY GOD FORGIVE THEM FOR WHAT THEY DID TO ME. PERSUANT TO 28 U.S.C. 1746, I DECLARE (OR CERTIFY, VERIFY, OR STATE UNDER PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

Jonas Ken
5/7/2022



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
655 E. Cesar E. Chavez Boulevard, Suite G-65
San Antonio, Texas 78206

JEANNETTE CLACK
Clerk of Court

PHILIP J. DEVLIN
Chief Deputy Clerk



May 25, 2021

Re: Request for Information on all Cases Filed in the Western District of Texas by Taras Kerr

Dear Ms. Williams,

This letter is in response to your request for a current list of all cases you have filed in our district along with the dates they were filed and amounts.

Upon review our records indicate you have filed seventeen (18) cases with the following case numbers:

$1.5M

| Case Number | Party | Filed | Closed | Amount |
|---|---|---|---|---|
| 5:18-CV-1141 | Kerr v. Fry | Filed 10/29/18 | Closed 12/03/18 | $350-PIF |
| 5:19-CV-354 | Kerr v. Salazar | Filed 04/04/19 | Closed 06/10/19 | $350-PIF |
| 5:19-CV-398 | Kerr v. Salazar et al | Filed 04/15/19 | Closed 08/05/19 | $350-PIF |
| 5:19-CV-563 | Kerr v. McManus | Filed 05/24/19 | Closed 06/10/19 | Dismissed |
| 5:19-CV-846 | Kerr v. Salazar | Filed 07/11/19 | Closed 01/21/20 | Dismissed |
| 5:19-CV-853 | Kerr v. Walmart Store | Filed 07/17/19 | Closed 11/20/19 | $248-DUE |
| 5:19-CV-941 | Kerr v. Garza | Filed 08/05/19 | Closed 11/10/20 | $292-DUE |
| 5:19-CV-971 | Kerr v. SAPD | Filed 08/09/19 | Closed 08/20/19 | Dismissed |
| 5:19-CV-1118 | Kerr v. Bexar County Sheriff's | Filed 09/13/19 | Closed 11/19/19 | Dismissed |
| 5:19-CV-1449 | Kerr v. ████ | Filed ████ | Closed ████ | $350-PIF |
| 5:20-CV-13 | Kerr v. Trump | Filed 12/13/19 | Closed 01/22/20 | $31.48-DUE |
| 5:20-CV-76 | Kerr v. Garcia | Filed 01/02/20 | Closed 01/16/20 | Dismissed |
| 5:20-CV-628 | Kerr v. Salazar | Filed 01/16/20 | Closed 02/14/20 | Dismissed |
| 5:20-CV-719 | Kerr v. Bexar County Sheriff's | Filed 05/26/20 | Closed 05/27/20 | Dismissed |
| 5:20-CV-842 | Kerr v. Cruz | Filed 06/17/20 | Closed 12/16/20 | Dismissed |
| 5:20-CV-1076 | Kerr v. Freveletti | Filed 07/20/20 | Closed 07/20/20 | Dismissed |
| 5:20-CV-1215 | Kerr v. Walston | Filed 08/31/20 | Closed 11/03/20 | Dismissed |
| | Kerr v. Walston | Filed 10/09/20 | Closed 12/10/20 | Dismissed |

$50M
$42M
$3.2M

$3M
↑
M= MILLION

Sincerely,

*Andrea Newlin*

Financial Deputy
Western District of Texas
San Antonio Division

YOU CAN FILE FOR INJUNCTIVE RELIEF/HABEAS CORPUS RELIEF TO COLLECT ON THE UNDERLINED LAWSUITS ABOVE. THEY HAVE MERIT, STANDING, FACTUAL BASIS.

( WITNESS )

At 1:00 AM Mr.Gribelos hit thorn to
The wall thay put leg cuff's Stap Down
And Bet he's head to the wall I
looked At tharm thay had a NumBer
4622 and 4607 and 1123 Mr.C
Scermed and yelled Saying
plz Stop Am handyCap But tha
Did not And Thow he stuff
Trash has Mail At 1:12 MeD
unit Came iN Toke he's Tepper
charg Teppercher And toke
hem Down he wus Bleeding
And a Bump on he's
head I live iN 8 Cell
My Name is

Nathan Paul Martinez

NOTE: To MOTHER MARLIES WILLIAMS FROM
TARAS KERR #813913. THE SERT OFFICER'S BADGE #'s
ARE ON THEIR HELMETS → 4622 AND 4607
WERE THE S.E.R.T. OFFICER'S WHO TORTURED
ME AND SMASHED MY FACE AGAINST THE GLASS
AND CUT OPEN MY FOREHEAD AND EYE BROW AND
KEPT STOMPING ON MY LEG IRONS AS THEY
TORTURED ME AND I SCREAMED I AM HANICAPPED
AND THEY STILL TORTURED. THIS INMATE EXPLAINED IN
HIS OWN WORDS ON THIS PAGE. MOM - THEY JUST FILED
ASSAULT CHARGES ON AN OFFICER LAST WEEK. 7/5/2021

COPIES MADE FOR PRESIDENT TRUMP, WILLIAM BARR, F.B.I.,
PAGE-1          (AFFIDAVIT)          11/21/2020
MY NAME IS TARAS KERR #813913, AND ON
11/21/2020, IN BC-TANK LEFT SIDE AROUND
1800 A.M., THE INMATES IN BEXAR COUNTY
ADULT DETENTION CENTER DURING A CELL
SHAKEDOWN IN BC-TANK LEFT SIDE DID
WITNESS USE OF FORCE BY STAFF AS WELL
AS POLICE (S.E.R.T.) TORTURE BY PEACE
OFFICERS S.E.R.T. OFFICER CRUZ, AND S.E.R.T.
OFFICER BNAL, WHO REPEATEDLY SMASHED
MY FACE AGAINST THE GLASS WALL (ROUGHLY
HALF INCH THICK) UNTIL IT CUT OPEN MY
FOREHEAD AND CUT OPEN MY FOREHEAD AND CUT
MY HEAD OPEN ABOVE MY LEFT EYEBROW
CAUSING AN OPENING ONE (1) CENTIMETER
BY TWO (2) CENTIMETERS ABOVE MY LEFT
EYEBROW AS WELL AS BENT MY LEFT AND
RIGHT WRISTS TRYING TO BREAK MY WRIST
CAUSING ME TO SCREAM OUT LOUD FROM
THE EXCRUCIATING PAIN FROM TRYING
TO BREAK MY WRIST WHICH CAUSED THE
HANDCUFFS TO CUT OPEN MY RIGHT WRIST
AND THIS IS THE SECOND TIME S.E.R.T.
OFFICER CRUZ SMASHED MY FACE AGAINST
A WALL (10/28/2019 · CASE# SA-20-CV-00719-
OLG · $3-MILLION DOLLARS) AND THE SECOND
TIME SERT OFFICER BNAL SMASHED MY
FACE AGAINST THE WALL (8/24/2019 · IN
FRONT OF MY CELL PARTNER JOE ANTHONY

COPIES MADE FOR PRESIDENT TRUMP, WILLIAM BARR, F.B.I.

PAGE-2       (AFFIDAVIT)       11/21/2020
CONNEY IN BC-21L/BC-TANK LEFT SIDE DUE
TO RETALIATION)AS WELL AS BEING TORTURED
BY OFFICER GARZA BADGE #1667, ON 7/24/2019
ON THE WAY TO MAGISTRATE AND THE UNIVERSITY
HEALTH SYSTEM MEDICAL INFIRMARY
NURSES REFUSED TO DOCUMENT IT ON VIDEO
WHEN I WAS TAKEN TO MEDICAL. LIKE I
WAS REFUSED MEDICAL ON 7/24/2019, 8/24/2019,
AND S.E.R.T. OFFICER CRUZ 10/28/2019, AND
TODAY 11/21/2020 SMASHING MY FACE
AGAINST THE WALL A SECOND TIME NOW
AS WELL AS S.E.R.T. OFFICER BNAL A SECOND
TIME NOW. THE AMOUNT OF FORCE USED
AGAINST ME WAS UNWARRANTED/UNNECESSARY
AS WELL AS THE EXTENT OF INJURY INFLICTED
WAS MALICIOUS INTENT/SADISTIC INTENT AND
WAS INTENDED AS PUNISHMENT AND RETALIATION
FOR ALL OF MY LAWSUITS AND AS A PRETRIAL
DETAINEE I AM PROTECTED AGAINST EXCESSIVE
FORCE BY THE DUE PROCESS CLAUSE OF THE
FOURTEENTH AMENDMENT. HOWEVER, SINCE
HUDSON V. McMILLIAN WAS DECIDED, SEVERAL
FEDERAL CIRCUITS HAVE APPLIED ITS
"MALICIOUS AND SADISTIC" STANDARD TO
DETAINEES UNDER THE DUE PROCESS
CLAUSE AS WELL AS TO INMATES UNDER
THE EIGHTH AMENDMENT. THE "MALICIOUS

COPIES MADE FOR PRESIDENT TRUMP, WILLIAM BARR, F.B.I.

PAGE-3                (AFFIDAVIT)              11/21/2020
AND SADISTIC" STANDARD APPLIES TO THE
ACTIONS OF STAFF WHO ARE DIRECTLY USING
FORCE. THE DELIBERATE INDIFFERENCE STANDARD
APPLIES TO STAFF MEMBERS WHO STAND BY
AND DO NOT INTERVENE (OFFICER GARZA #1667
TORTURING ME ON 7/24/2019, IN FRONT OF CAPTAIN
MC REA, LIEUTENANT MASIEL, OTHER OFFICER'S IN FRONT
OF THE SERGEANTS PICKET ON THE SECOND FLOOR
(WATCH VIDEO) CASE# SA-19-CV-941-DAE. $3.2
MILLION) IN AN ILLEGAL BEATING, AND TO
CLAIMS OF INADEQUATE POLICY, SUPERVISION,
TRAINING, OR CONTROL BY SUPERVISORS OR
LOCAL GOVERNMENTS. USE OF FORCE WAS
OBJECTIVELY UNREASONABLE AND USED AND
WHEN JAIL OFFICIALS MALICIOUSLY AND
SADISTICALLY USE FORCE TO CAUSE HARM,
CONTEMPORARY STANDARDS OF DECENCY
ALWAYS ARE VIOLATED, UNLESS THE FORCE
IS DE MINIMIS (MINIMAL). BUT EVEN DE
MINIMIS FORCE MAY BE UNCONSTITUTIONAL
IF IT IS "REPUGNANT TO THE CONSCIENCE
OF MANKIND". IF THERE IS NO NEED FOR
FORCE, THE CONSTITUTION MAY BE
VIOLATED BY RELATIVELY SMALL AMOUNTS
OF FORCE. COURTS HAVE ALSO HELD THAT
FORCE USED DURING INTERROGATION
WHEN THE INMATE POSES NO THREAT

COPIES MADE FOR PRESIDENT TRUMP, WILLIAM BARR, F.B.I.

PAGE-4          (AFFIDAVIT)          11/21/2020

IS EXCESSIVE REGARDLESS OF INJURY.
COURTS RECOGNIZE THAT MENTAL PAIN CAN
BE AS REAL AND SERIOUS AS PHYSICAL PAIN
(I HAVE BEEN BEATEN/TORTURED FOUR (4)
TIMES BY BEXAR COUNTY ADULT DETENTION
CENTER PEACE OFFICERS AND TWO (2) TIMES
BY THE SAME OFFICERS/RETALIATION/CRUEL AND
UNUSUAL PUNISHMENT) AND I WAS RETALIATED
AGAINST FOR ASKING THE "SERT SERGEANT" FOR
THE LIEUTENANT AND CAPTAIN WHICH WAS
UNWARRANTED WHEN I POSED NO THREAT
WHEN I AM PERMANENTLY DISABLED AND
CRIPPLED. THE PSYCHOLOGICAL TRAUMA
FROM BEING BEATEN/TORTURED BY BEXAR
COUNTY ADULT DETENTION CENTER PEACE
OFFICERS REPEATEDLY (SAME OFFICERS OVER
AND OVER) SHOWS AN ABUSE OF POWER
AND ABUSE OF AUTHORITY BY PEACE
OFFICER'S AND THIS CONTINUED PATTERN NEEDS TO
BE INVESTIGATED BY THE DEPARTMENT
OF JUSTICE UNITED STATES ATTORNEY WILLIAM
BARR, BECAUSE OF THE CONTINUED PATTERN AND
MY CONTINUED LETTERS TO HIM NOT BRINGING
IN FEDERAL INVESTIGATORS OR FEDERAL
PROSECUTORS TO INVESTIGATE
THIS CONTINUED PATTERN. EXCESSIVE
OR UNNECESSARY FORCE BY POLICE/PEACE OFFICERS/

COPIES MADE FOR PRESIDENT TRUMP, WILLIAM BARR, F.B.I.
PAGE- 5      (AFFIDAVIT)   11/21/2020
JAILERS/PRISON STAFF VIOLATES THE
CONSTITUTION, AND MAY BE REMEDIED BY
DAMAGES OR INJUNCTIVE RELIEF. IN
SERIOUS CASES THE OFFICERS OR SUPERVISORS
MAY BE CRIMINALLY PROSECUTED." SUBSTANTIVE
CONSTITUTIONAL RIGHTS." SOME DEPRIVATIONS
OF PROPERTY INFRINGE ON CONSTITUTIONAL
RIGHTS SUCH AS RELIGIOUS FREEDOM OR
ACCESS TO THE COURTS. UNDER EXTREME
CIRCUMSTANCES, A PROPERTY DEPRIVATION
MIGHT CONSTITUTE CRUEL AND UNUSUAL
PUNISHMENT. THIS WAS AN INTENTIONAL
ACT. AN ACTION FOR CONVERSION ALLEGES
THAT THE DEFENDENT HAS WITHOUT
AUTHORIZATION DEPRIVED THE PLAINTIFF
OF PROPERTY, EITHER PERMANENTLY OR
INDEFINATELY. AN ACTION FOR DETINUE
ALLEGES THAT THE DEFENDENT IS IN
POSSESSION OF THE PLAINTIFFS PROPERTY;
IT SEEKS THE RETURN OF PROPERTY
AND "SPECIFICALLY" THE LARGE MANILLA
LABELED NUMBER-19 (#19) NINETEEN THAT HAD A
FIFTY (50) MILLION DOLLAR ($50,000,000.00)
LAWSUIT WITH DEFENDENTS PRESIDENT DONALD TRUMP,
POLICE OFFICER GARRY FRY, SHERIFF JAVIER SALAZAR (FOR
ABOVE REASONS AND MANY OTHER REASONS/ILLEGAL SURGERY
BY UNIVERSITY HEALTH SYSTEM DOCTOR JESSICA YAO HERE AT JAIL)

COPIES MADE FOR PRESIDENT TRUMP, WILLIAM BARR, F.B.I.,
PAGE-G   (AFFIDAVIT)      11/21/2020
DISTRICT ATTORNEY JOE GONZALES, AND, DOCTOR
JESSICA YAO FOR HER CAUSING MY BLOOD
TRANSFUSION/COMA FOR A WEEK/TO DIE INSIDE THE
AMBULANCE AFTER THE JAIL FINGERPRINTED ME
WITH FOUR (4) BULLET WOUNDS ALREADY ON
4/7/2018. THIS LAWSUIT WHICH IS CURRENTLY
SIXTY NINE (69) PAGES LONG AND WAS TO BE
MAILED TO MY MOTHER TO MAKE COPIES AND
MAIL TO PRESIDENT DONALD TRUMPS ATTORNEYS
RUDY JULLIANNI, LYNN WOOD, SYDNEY POWELL,
JENNA ELLIS. PERSUANT TO 28 U.S.C. 1746
I DECLARE (OR CERTIFY, VERIFY, OR STATE)
UNDER PENALTY OF PERJURY THAT THE
FOLLOWING IS TRUE AND CORRECT.
11/21/2020  *Taras Kerr*

1. TARAS KERR #813913 / *Taras Kerr* 11/21/2020
2. Juan Carrera #829696 / *Juan Carrera* 11/21/2020
3. Dylan Trull 1-65590 *Died:* 11-21-2020
4. Dorian Murphree #1125207 *Dorian* 11-21-2020
5. Frank Trejo #1134780 11-21-2020
6. Nathan Paul Martinez #915744 11-21-2020
7. Valdemar Peña #580639 11/21/20
8. Printice Smith #94/491 *Printice Smith* 11/21/2020
9. John Cantu #728310 11/21/2020
10. Noel Rivera *Noel Rivera* 11/21/2020
11. Alfred A Gonzales #40 9/07 *Alfred A. Gonzales* 11-21-
12. Phillip Bernal #095506 *Philly Bernal* 11-21-2020