# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **TARAS KERR, SID # 813913,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | SA-22-CA-0937-FB |
| § | |
| **WALMART STORE #2402; SAN** § | |
| **ANTONIO FIRE DEPARTMENT-** § | |
| **EMS-FIREHOUSE #17; ET AL.,** § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff Taras Kerr's claims pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Kerr's claims against Defendants, Walmart Store #2402; SAFD-EMS-Firehouse #17; SAPD; SAPD Officer Garry Fry; SAPD Officer John Doe #1; SAFD-EMS John Doe #1; SAFD-EMS John Doe #2; University Health Systems Doctor John Doe #1 and Bexar County Jail Officer John Doe #1, are **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

SIGNED this 30th day of August, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE